# Court of Appeals
# of the State of Georgia

ATLANTA, __November 28, 2017__

*The Court of Appeals hereby passes the following order:*

## A18A0804.  LORNA M. NEMBHARD v. TOWNHOMES AT WEDGEWOOD HOMEOWNERS ASSOCIATION, INC.

The trial court entered a final judgment against Lorna M. Nembhard and awarded damages to Townhomes at Wedgewood Homeowners Association, Inc. in the amount of $8,582.06.  Nembhard then filed this direct appeal.  We, however, lack jurisdiction.

Where a money judgment in an action for damages totals $10,000.00 or less, a party must follow the discretionary appeal procedures to obtain appellate review.  See OCGA § 5-6-35 (a) (6).  Nembhard's failure to follow the required procedure deprives us of jurisdiction to consider this appeal. See *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998).  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,__11/28/2017_____*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*